# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street                                                     Telephone: (347) 687-2019
Suite 301-A                                                              cmulhollandesq@gmail.com
Astoria, NY 11103

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201                                                            October 7th, 2020

                         Re:  **Suarez, et al. v. Gakk Restaurant Inc., et al.**
                               Case No.:  20-cv-1464

Dear Judge Cogan:

       The parties jointly request a telephone conference with the Court to discuss a potential adjournment of the presently scheduled October 26th, 2020 bench trial.  Defense counsel has a medical issue that he would rather discuss with the Court over the phone rather than the docket, if the Court is so inclined.

                                                      Respectfully Submitted,

                                                      /s/ Colin Mulholland, Esq.