# Michael A. Drobenare

**Attorney At Law**

2203 Avenue X
Brooklyn, New York 11235
Phone: (718) 797-3030
Fax:   (718) 648-0128
NOVEMBER 18 2020

<u>By ECF Delivery</u>

**HON. JUDGE BRIAN M. COGAN**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1800

Re: Suarez and Raxuleu vs. Gakk Restaurant Inc.
Case No. 1:20-cv-1464

**Dear Judge Brian M. Cogan:**

I am sorry not to have not replied by November 14, 2020. I just got caught up with Doctor appointments and such.

I have begun my treatment for the Cancer. On November 12, 2020, I had my first Chemo Therapy Treatment. The next treatment is due December 3, 2020 and then two (2) weeks thereafter that treatment. My treatments are set to conclude before January 1, 2021. My first Chemo therapy Treatment has gone well. Based upon the progress I made, I expect to be able to conduct a Trial on this matter in the middle of January, 2020. Just in case, I alerted my client to makes inquires of obtaining different representation. I will call Mr. Mullholand today and send a copy of this Letter to him. Should you have any questions, please don't hesitate to call or email. Thank you for your kind consideration, I remain

Very truly yours,

Michael A. Drobenare, Esq.