# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street  Telephone: (347) 687-2019
Suite 301-A  cmulhollandesq@gmail.com
Astoria, NY 11103

**VIA ECF**

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201  June 17th, 2021

                Re:  **Suarez, et al. v. Gakk Restaurant Inc., et al.**
                     Case No.:  20-cv-1464

Your Honor:

      The parties jointly request a referral to the EDNY Mediation program in lieu of a settlement conference before a Magistrate Judge.  The parties had originally contemplated finding a mediator through the EDNY program panel, for a variety of reasons, and to conduct a mediation by ZOOM with a private mediator through the Program.  If it is all the same to the Court, the parties would respectfully request such a referral during the pendency of the reigning briefing schedule.

                                  Respectfully Submitted,

                                  /s/ Colin Mulholland, Esq.